UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                        Case No. 16-cr-20692-2

v.                                   Hon. Matthew F. Leitman

D2, GABRIEL SALAZAR,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF No. 72)

Now before the Court is a Motion by Defendant Gabriel Sosa Salazar for early termination of his term of supervised release. (*See* Mot., ECF No. 72.)  For the reasons stated in the Motion, the Motion is **GRANTED** and Salazar's term of supervised release is **TERMINATED**.[1]

    **IT IS SO ORDERED**.

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  February 10, 2026

---

[1] The Motion appears twice on the docket.  It first appears at Docket Entry No. 71. Docket Entry No. 71 is **TERMINATED AS MOOT** because the Court is granting the same Motion at Docket Entry No. 72.

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 10, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126